# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTURO TORRES OCHOA,

    Plaintiff,

vs.

GLENN PERKINS, et al.,

    Defendants.

Case No. 3:13-cv-00353-RCJ-VPC

**ORDER**

    The court ordered (#3) plaintiff to pay the filing fee in full, pursuant to 28 U.S.C. § 1915(g). Plaintiff has not complied with the court's order within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to pay the filing fee. The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that an appeal from the dismissal of this action would not be taken in good faith.

    Dated:    This 7th day of November, 2013.

ROBERT C. JONES
Chief United States District Judge